IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-57-TAV-DCP |
| | ) | |
| SHAKEELA MYON BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the Motion of Undersigned Counsel for the Defendant Shakeela Myon Bradley for Substitute Counsel [Doc. 466], filed by Attorney Francis L. Lloyd, Jr., and referred [Doc. 468] to the undersigned on August 13, 2021. *See* 28 U.S.C. § 636(b). On April 30, 2019, the Court appointed Mr. Lloyd as counsel of record for Defendant Bradley [Doc.43]. In the instant motion, Mr. Lloyd asks to withdraw due to health conditions requiring him to conclude his law practice. Mr. Lloyd states that he can no longer render the effective assistance of counsel to Defendant Bradley. Mr. Lloyd states that he will advise Defendant of this motion and his need to withdraw as counsel. Mr. Lloyd asks the Court to substitute new counsel for Defendant Bradley and to extend the deadline for objecting to the Presentence Report to allow new counsel to become familiar with the case.

A defendant seeking the substitution of court-appointed counsel must show good cause for the substitution, such as an actual conflict of interest, a complete breakdown in communications between attorney and client, or an irreconcilable break in the attorney-client relationship. *Wilson v. Mintzes*, 761 F.2d 275, 280 (6th Cir. 1985). Based upon the information in the motion, the undersigned finds good cause to substitute counsel, due to Mr. Lloyd's inability

1

Case 3:19-cr-00057-TAV-DCP   Document 476   Filed 08/18/21   Page 1 of 2   PageID #: 2842

to represent Defendant Bradley at this time. Accordingly, the Court finds the substitution of counsel is necessary in this case, and the Motion for Substitute Counsel [**Doc. 466**] is **GRANTED**. The Court has contacted Attorney Christopher Rodgers, who agrees to accept representation of Defendant Bradley.

The Court **ORDERS** as follows:

(1) The Motion of Undersigned Counsel for the Defendant Shakeela Myon Bradley for Substitute Counsel [**Doc. 466**] is **GRANTED**;

(2) Attorney Francis L. Lloyd, Jr., is **RELIEVED** of his representation of Defendant Bradley. Mr. Lloyd is **DIRECTED** to provide the discovery and information from the Defendant's file to new counsel as soon as possible;

(3) Attorney Christopher Rodgers is **SUBSTITUTED** and **APPOINTED** as Defendant Bradley's counsel of record, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A;

(4) Mr. Rodgers is **DIRECTED** to inform Defendant Bradley of this Order and his appointment as soon as possible;

(5) Defendant Bradley is scheduled for a sentencing hearing before United States District Judge Thomas A. Varlan on **August 30, 2021, at 3:00 p.m.** If defense counsel needs additional time to prepare for sentencing, he should contact Judge Varlan's Chambers; and

(6) The Clerk of Court is **DIRECTED** to add Mr. Rodgers as Defendant Bradley's counsel of record in this case.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge